THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs PATRICK CONNALLY
and DISABILITY RIGHTS ENFORCEMENT,
EDUCATION SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY, an individual; and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>NORTH MENDOCINO INVESTMENT COMPANY LLC, a limited liability company<br><br>    Defendants. | **CASE NO. C 07-2524 JCS**<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 22, 2007                              THOMAS E. FRANKOVICH
                                                 *A PROFESSIONAL LAW CORPORATION*


                                                 By:      /s/ Jennifer L. Steneberg
                                                        Jennifer L. Steneberg
                                                 Attorneys for Plaintiffs PATRICK CONNALLY
                                                 and DISABILITY RIGHTS ENFORCEMENT,
                                                 EDUCATION SERVICES