1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
6  Attorneys for Plaintiffs IRMA RAMIREZ,
   DAREN HEATHERLY and DISABILITY
   RIGHTS ENFORCEMENT, EDUCATION
7  SERVICES

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  IRMA RAMIREZ, an individual; DAREN       )   **CASE NO.  C 07-04396 MEJ**
    HEATHERLY, an individual and             )
    DISABILITY RIGHTS, ENFORCEMENT,          )
12  EDUCATION, SERVICES:HELPING YOU)             **CONSENT TO PROCEED BEFORE A**
    HELP OTHERS, a California public benefit )   **UNITED STATES MAGISTRATE JUDGE**
13  corporation,                             )
                                             )
14      Plaintiffs,                          )
                                             )
15  v.                                       )
                                             )
16  UNION HOTEL INC., a California           )
    corporation dba UNION HOTEL; LUCILLE)
17  GONELLA as SUCCESSOR TRUSTEE of )
    the MARY and CARLO PANIZZERA             )
18  TRUST,                                   )
                                             )
19      Defendants.                          )
    _____)
20
         In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
21
    party hereby consents to have a United States Magistrate Judge conduct any and all further
22
    proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the
23
    judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
24
    Dated: August 27, 2007                 THOMAS E. FRANKOVICH
25                                         *A PROFESSIONAL LAW CORPORATION*

26
                                           By:        /s/
27                                                Jennifer L. Steneberg
                                              Attorneys for Plaintiffs
28

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE                                    1