1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:   415/674-9900
5
   Attorneys for Plaintiffs, IRMA RAMIREZ, DAREN HEATHERLY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 | IRMA RAMIREZ, an individual; DAREN      ) | **CASE NO. C07-4396-MEJ**
    | HEATHERLY, an individual and            ) |
11  | DISABILITY RIGHTS, ENFORCEMENT,         ) | **RETURN OF SERVICE RE DEFENDANTS**
    | EDUCATION, SERVICES:HELPING YOU         ) | UNION HOTEL INC., a California corporation
12  | HELP OTHERS, a California public benefit ) | dba UNION HOTEL; LUCILLE GONELLA as
    | corporation,                            ) | SUCCESSOR TRUSTEE of the MARY and
13                                            )   CARLO PANIZZERA TRUST
             Plaintiffs,                      )
14                                            )
    v.                                        )
15                                            )
    UNION HOTEL INC., a California            )
16  corporation dba UNION HOTEL; LUCILLE      )
    GONELLA as SUCCESSOR TRUSTEE of           )
17  the MARY and CARLO PANIZZERA              )
    TRUST,                                    )
18                                            )
             Defendants.                      )
19  _____   )
                                              )
20

21

22

23

24

25

26

27
   RETURN OF SERVICE RE DEFENDANTS UNION HOTEL, INC., a California corporation dba UNION HOTEL, LUCILLE GONELLA as
28 SUCCESSOR TRUSTEE of the MARY and CARLO PANIZZERA TRUST

                                                                                        1

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414 THE FRANKOVICH GROUP 2806 VAN NESS AVE. SAN FRANCISCO, CA 94109 Telephone No: 415-674-8600  FAX No: 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref No. or File No.: UNION HOTEL |

Insert name of Court, and Judicial District and Branch Court
United States District Court Northern District Of California

Plaintiff: IRMA RAMIREZ, et al.
Defendant: UNION HOTEL, INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 4396-MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Public Notice; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Joint Case Management Statement And [Proposed] Case Management Order; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a. Party served: UNION HOTEL, INC.

4. Address where the party was served: MISSION UNION HOTEL
   280 MISSION BOULEVARD
   SANTA ROSA, CA

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Oct. 10, 2007 (2) at: 11:10AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: UNION HOTEL, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a ALENE RUMMEL
   
   First Legal Support Services
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182
   
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: P-371
      (iii) County: Sonoma

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Oct. 16, 2007

   Judicial Council Form POS-010            PROOF OF SERVICE            (ALENE RUMMEL)
   Rule 982.9,(a)&(b) Rev January 1, 2007       SUMMONS                  6377465.thofr-fg.92214

| Attorney or Party without Attorney: THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109 | For Court Use Only |
|---|---|
| Telephone No: 415-674-8600    FAX No 415-674-9900    Ref No or File No.: UNION HOTEL | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | |
| Plaintiff: IRMA RAMIREZ, et al. | |
| Defendant: UNION HOTEL, INC., et al. | |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: C 07 4396 |
|---|---|---|---|---|

1  I, ALENE RUMMEL, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant UNION HOTEL, INC. as follows:

2. Documents:    Summons; Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Public Notice; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Joint Case Management Statement And [Proposed] Case Management Order; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Contents Of Joint Case Management Statement; Ecf Registration Information Handout..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 10/08/07 | 2:09pm | Business | PER THE HOSTESS, THE SUBJECT IS AT THE MISSION UNION HOTEL IN SANTA ROSA. Attempt made by: ALENE RUMMEL. Attempt at: 3731 MAIN STREET Occidental CA 95465. |
| Wed | 10/10/07 | 11:10am | Business | Personal Service on: UNION HOTEL, INC. Business - MISSION UNION HOTEL 280 MISSION BOULEVARD SANTA ROSA, CA by Serving: party in item 3.a Served by: ALENE RUMMEL |

3  Person Executing
  a  ALENE RUMMEL
  b. FIRST LEGAL SUPPORT SERVICES
     301 CIVIC CENTER DRIVE WEST
     SANTA ANA, CA 92701
  c. (714) 541-1110

Recoverable Costs Per CCP 1033.5(a)(4)(B)
  d. The Fee for service was:
  e  I am. (3) registered California process server
     (i)  Independent Contractor
     (ii) Registration No.:    P-371
     (iii) County             Sonoma

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

† Date: Tue, Oct. 16, 2007        AFFIDAVIT OF REASONABLE DILIGENCE        (ALENE RUMMEL)

| Attorney or Party without Attorney<br>THOMAS E. FRANKOVICH, Bar #74414<br>THE FRANKOVICH GROUP<br>2806 VAN NESS AVE.<br>SAN FRANCISCO, CA 94109<br>Telephone No: 415-674-8600   FAX No 415-674-9900 | For Court Use Only |
|---|---|
| Attorney for Plaintiff | Ref. No. or File No.:<br>UNION HOTEL |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: IRMA RAMIREZ, et al.
Defendant: UNION HOTEL, INC., et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div | Case Number:<br>C 07 4396 – MEJ |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons Complaint For Injunctive Relief And Damages; Civil Cover Sheet; Welcome To The U.S. District Court; Notice Of Assignment Of Case To A United States Magistrate Judge For Trial; Consent To Proceed Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Public Notice; Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title III; Case Management Standing Order; Standing Order Re: Discovery And Dispute Procedures For Cases Assigned Or Referred To Mag. Judge Maria-Elena James; Joint Case Management Statement And [Proposed] Case Management Order; Notice Of Trial Assignment To United States Magistrate Judge And Order To File Consent/Request For Reassignment Form; Contents Of Joint Case Management Statement; Ecf Registration Information Handout.

3. a. Party served: LUCILLE GONELLA as SUCCESSOR TRUSTEE of the MARY and CARLO PANIZZERA TRUST

4. Address where the party was served: MISSION UNION HOTEL

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Sun., Oct. 14, 2007 (2) at: 9:45AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:
   a. ALENE RUMMEL

   First Legal Support Services
   ATTORNEY SERVICES
   301 CIVIC CENTER DR WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: P-371
      (iii) County: Sonoma

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Oct. 16, 2007

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

Alene Rummel

6377466.thofr-fg.92216

## CERTIFICATE OR PROOF OF SERVICE BY MAIL

State of California      )
                         ) ss
County of San Francisco  )

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of San Francisco, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-5460; that on the below date, following normal business practice, I served the foregoing document, described as:

**RETURN OF SERVICE RE DEFENDANTS UNION HOTEL INC., a California corporation dba UNION HOTEL; LUCILLE GONELLA as SUCCESSOR TRUSTEE of the MARY and CARLO PANIZZERA TRUST**

on the interested parties in this action, conveyed as follows:

☒  By depositing true copies thereof, enclosed in a sealed envelope, with postage thereon fully prepaid:
  ☒  in first class U.S. Mail
  ☐  in ___ priority or ___ standard overnight mail via Federal Express.

I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at San Francisco.

addressed to:

Union Hotel, Inc.                    Lucille Gonella, Trustee
Mission Union Hotel                  Mission Union Hotel
280 Mission Blvd.                    280 Mission Blvd.
Santa Rosa, CA 95409                 Santa Rosa, CA 95409

I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct. Executed October 24, 2007, at San Francisco, California.

*Armetrice Cooper*
Armetrice Cooper
(Original signed)