THOMAS E. FRANKOVICH (State Bar No. 074414)
JENNIFER L. STENEBERG (State Bar No. 202985)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:   415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiffs IRMA RAMIREZ,
DAREN HEATHERLY and DISABILITY
RIGHTS ENFORCEMENT, EDUCATION
SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>UNION HOTEL INC., a California corporation dba UNION HOTEL; LUCILLE GONELLA as SUCCESSOR TRUSTEE of the MARY and CARLO PANIZZERA TRUST,<br><br>            Defendants. | **CASE NO.  C 07-04396 MEJ**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

The parties, through their undersigned counsel, stipulate as follows:

1.  Defendants UNION HOTEL INC., a California corporation dba UNION HOTEL, and LUCILLE GONELLA as successor trustee of the MARY and CARLO PANIZZERA TRUST, are granted an extension of time to and including November 15, 2007, to answer or otherwise respond to plaintiffs' complaint.

2.  In the event defendants file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the service of said motion.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT   1

3. Defendants' counsel further stipulates that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by the Court prior to the date on which defendants' responsive pleading is due hereunder.

This Stipulation may be executed in faxed counterparts, all of which together shall constitute one original document.

IT IS SO STIPULATED.

DATED: October 29, 2007   THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: ____/s/_____
Jennifer L. Steneberg
Attorneys for Plaintiffs IRMA RAMIREZ, DAREN HEATHERLY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES: HELPING YOU HELP OTHERS

DATED: October 29, 2007   McMILLAN & SHUREEN LLP

By: ____/s/_____
Jeffrey E. Duplicki
Attorneys for Defendants UNION HOTEL INC., and LUCILLE GONELLA

**O R D E R**

IT IS SO ORDERED.

DATED: _____, 2007

_____
Hon. Maria-Elena James
United States Magistrate Judge