1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:   415/674-8600
   Facsimile:    415/674-9900
5
6  Attorneys for Plaintiffs IRMA RAMIREZ,
   DAREN HEATHERLY and DISABILITY
7  RIGHTS ENFORCEMENT, EDUCATION
   SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, an individual; DAREN HEATHERLY, an individual and DISABILITY RIGHTS, ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNION HOTEL INC., a California corporation dba UNION HOTEL; LUCILLE GONELLA as SUCCESSOR TRUSTEE of the MARY and CARLO PANIZZERA TRUST,<br><br>Defendants. | **CASE NO. C 07-04396 MEJ**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

The parties, through their undersigned counsel, stipulate as follows:

1. Defendants UNION HOTEL INC., a California corporation dba UNION HOTEL, and LUCILLE GONELLA as successor trustee of the MARY and CARLO PANIZZERA TRUST, are granted an extension of time to and including November 15, 2007, to answer or otherwise respond to plaintiffs' complaint.

2. In the event defendants file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set on a date no sooner than 45 days from the service of said motion.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT   1

1    3.   Defendants' counsel further stipulates that defendants will comply with any and
2 all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or
3 any scheduling order issued by the Court prior to the date on which defendants' responsive
4 pleading is due hereunder.
5    This Stipulation may be executed in faxed counterparts, all of which together shall
6 constitute one original document.
7    IT IS SO STIPULATED.

9 DATED: October 29, 2007          THOMAS E. FRANKOVICH,
                                   *A PROFESSIONAL LAW CORPORATION*

12                                 By:  /s/
                                   Jennifer L. Steneberg
                                   Attorneys for Plaintiffs IRMA RAMIREZ, DAREN
13                                 HEATHERLY and DISABILITY RIGHTS
                                   ENFORCEMENT, EDUCATION SERVICES:
14                                 HELPING YOU HELP OTHERS

15 DATED: October 29, 2007          McMILLAN & SHUREEN LLP

18                                 By:  /s/
                                   Jeffrey E. Duplicki
                                   Attorneys for Defendants UNION HOTEL INC.,
19                                 and LUCILLE GONELLA

21                        **O R D E R**
22    IT IS SO ORDERED.

24 DATED: October 30, 2007

                                   _____
                                   Hon. Maria-Elena James
                                   United States Magistrate Judge