1  D. Douglas Shureen, SBN 124613
   George J. Keller, SBN 121728
2  Jeffrey E. Dupllicki, SBN 226978
   McMILLAN & SHUREEN, LLP
3  50 Santa Rosa Avenue, Fifth Floor
   Santa Rosa, CA 95404-4952
4  (707) 525-5400
   (707) 576-7955 (Fax)
5  doug.shureen@mcmillanshureen.com

6  Attorneys for Defendants
   UNION HOTEL, INC., a California corporation dba
7  UNION HOTEL; LUCILLE GONNELLA as SUCCESSOR
   TRUSTEE of the MARY and CARLO PANIZZERA TRUST
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11  IRMA RAMIREZ, an individual; DAREN          )
    HEATHERLY, an individual and DISABILITY     )  CASE NO.  C07-04396 MEJ
12  RIGHTS, ENFORCEMENT, EDUCATION,             )
    SERVICES: HELPING YOU HELP OTHERS, a        )  **ANSWER AND AFFIRMATIVE**
13  California public benefit corporation,      )  **DEFENSES OF DEFENDANTS TO**
                                                )  **PLAINTIFFS' COMPLAINT**
14                          Plaintiff(s),       )
                                                )  **DEMAND FOR JURY TRIAL**
15                  vs.                         )
                                                )
16  UNION HOTEL, INC., a California corporation )  Magistrate Judge Maria-Elena James
    dba UNION HOTEL; LUCILLE GONNELLA as        )
17  SUCCESSOR TRUSTEE of the MARY and           )
    CARLO PANIZZERA TRUST                       )
18                                              )
                            Defendant(s).       )
19  _____  )

20        Defendants Union Hotel, Inc., a California Corporation dba Union Hotel, and Lucille

21  Gonnella as Successor Trustee of the Mary and Carlo Panizzera Trust ("Defendants"),

22  hereby answer Plaintiffs Irma Ramirez, an individual, Daren Heatherly, an individual, and

23  Disability Rights Enforcement, Education, Services: Helping You Help Others, a California

24  public benefit corporation's ("Plaintiffs") Complaint For Injunctive Relief And Damages

25  ("Complaint") as follows:

26        1.        Responding to paragraph 1 of the Complaint, Defendants admit that the

27  Union Hotel is a restaurant open to the public, and that this action seeks injunctive relief

28  and damages.  Defendants lack information and belief sufficient to admit or deny the

                                    Page 1

1 | allegations concerning the "class" and membership status of Plaintiffs, and on that basis

2 | deny them. As to each and every remaining allegation contained therein, Defendants

3 | deny them.

4 | 2.    Responding to paragraph 2 of the Complaint, Defendants admit that the

5 | Union Hotel is a restaurant open to the public. Defendants lack information and belief

6 | sufficient to admit or deny the allegations that Plaintiffs are persons with physical

7 | disabilities, or that Plaintiffs ever visited the Union Hotel, and on that basis deny them. As

8 | to each and every remaining allegation contained therein, Defendants deny them.

9 | 3.    Responding to paragraph 3 of the Complaint, Defendants admit that this

10 | Court has jurisdiction over cases arising under the Americans with Disabilities Act, and

11 | that this Court may exercise pendant jurisdiction over certain related state law claims.

12 | Except as so admitted, Defendants deny each and every remaining allegation.

13 | 4.    Responding to paragraph 4 of the Complaint, Defendants admit that the real

14 | property that is the subject of this action is located in Sonoma County, California. Except

15 | as so admitted, Defendants deny each and every remaining allegation.

16 | 5.    Responding to paragraph 5 of the Complaint, Defendants lack information

17 | and belief sufficient to admit or deny the allegations contained therein, and on that basis

18 | deny them.

19 | 6.    Responding to paragraph 5 of the Complaint, Defendants lack information

20 | and belief sufficient to admit or deny the allegations therein, and on that basis deny them.

21 | 7.    Responding to paragraph 7 of the Complaint, Defendants lack information

22 | and belief sufficient to admit or deny the allegations contained therein, and on that basis

23 | deny them.

24 | 8.    Responding to paragraph 8 of the Complaint, Defendants admit that they

25 | are the owners and/or operators of the Union Hotel located in Occidental, California.

26 | Except as so admitted, Defendants deny each and every remaining allegation.

27 | 9.    Responding to paragraph 9 of the Complaint, Defendants admit that the

28 | Union Hotel is open to the general public, and that it conducts business as a restaurant.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

1 Defendants also admit that Union Hotel Inc. is a California corporation. Except as so
2 admitted, defendants deny each and every remaining allegation.

3      10.    Responding to paragraph 10 of the Complaint, Defendants admit the cited
4 text contains language found in a federal regulation. Except as so admitted, Defendants
5 deny each and every remaining allegation.

6      11.    Responding to paragraph 11 of the Complaint, Defendants admit the Union
7 Hotel is a restaurant open to the public, and located at/near 3731 Main Street in
8 Occidental, California. Defendants admit that the Union Hotel has undergone renovations
9 since July 1, 1970. Except as so admitted, Defendants lack information and belief
10 sufficient to admit or deny the remaining allegations, and on that basis deny them.

11      12.    Responding to paragraph 12 of the Complaint, Defendants lack information
12 and belief sufficient to admit or deny the allegations, and on that basis deny them.

13      13.    Responding to paragraph 13 of the Complaint, Defendants currently lack
14 information and belief sufficient to admit or deny the allegations, and on that basis deny
15 them.

16      14.    Responding to paragraph 14 of the Complaint, Defendants lack information
17 and belief sufficient to admit or deny the allegations, and on that basis deny them.

18      15.    Responding to paragraph 15 of the Complaint, Defendants lack information
19 and belief sufficient to admit or deny the allegations, and on that basis deny them.

20      16.    Responding to paragraph 16 of the Complaint, Defendants lack information
21 and belief sufficient to admit or deny the allegations, except for the allegation that "a user
22 would be relegated to the locked gated entrance," which allegation Defendants expressly
23 deny.

24      17.    Responding to paragraph 17 of the Complaint, Defendants lack information
25 and belief sufficient to admit or deny the allegations, and on that basis deny them.

26      18.    Responding to paragraph 18 of the Complaint, Defendants lack information
27 and belief sufficient to admit or deny the allegations, and on that basis deny them.

28 / / /

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

19    Responding to paragraph 19 of the Complaint, Defendants deny that any restroom stall at the Union Hotel was "too small." Defendants lack information and belief sufficient to admit or deny the remaining allegations, and on that basis deny them.

20.    Responding to paragraph 20 of the Complaint, Defendants deny that any restroom stall at the Union Hotel was "not accessible." Defendants lack information and belief sufficient to admit or deny the remaining allegations, and on that basis deny them.

21.    Responding to paragraph 21 of the Complaint, Defendants deny that there were or are any "architectural barriers" at the Union Hotel, deny that "handicap parking was a problem," deny that "access into the garden area and bar was still a problem," and deny that the restrooms were "still not accessible." Defendants lack information and belief sufficient to admit or deny the remaining allegations, and on that basis deny them.

22.    Responding to paragraph 22 of the Complaint, Defendants admit that Defendant Union Hotel, Inc. received a letter from Irma Ramirez dated February 14, 2007. Defendants lack information and belief sufficient to admit or deny the remaining allegations, and on that basis deny them.

23.    Responding to paragraph 23 of the Complaint, Defendants lack information and belief sufficient to admit or deny the allegations, and on that basis deny them.

24.    Responding to paragraph 24 of the Complaint, Defendants deny that any condition at the Union Hotel posed to anyone a "great risk of accident and/or injury." Defendants lack information and belief sufficient to admit or deny the remaining allegations, and on that basis deny them.

25.    Responding to paragraph 25 of the Complaint, Defendants lack information and belief sufficient to admit or deny the allegations, and on that basis deny them.

26.    Responding to paragraph 26 of the Complaint, Defendants lack information and belief sufficient to admit or deny that Plaintiffs are persons with disabilities. As to each and every other allegation contained therein, Defendants deny them.

27.    Responding to paragraph 27 of the Complaint, Defendants deny each and every allegation contained therein.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

28.    Responding to paragraph 28 of the Complaint, Defendants admit that Defendant Union Hotel, Inc. received a letter from Irma Ramirez dated February 14, 2007. Defendants further admit that Barbara Gonnella wrote a letter to Ms. Ramirez dated March 1, 2007.  Defendants deny each and every remaining allegation contained therein.

29    Responding to paragraph 29 of the Complaint, Defendants deny each and every allegation contained therein.

30.    Responding to paragraph 30 of the Complaint, Defendants deny each and every allegation contained therein.

31.    Responding to paragraph 31 of the Complaint, Defendants lack information and belief sufficient to admit or deny the allegations concerning what witnesses Plaintiffs will present at trial or what specific damages are being sought.  Defendants deny each and every remaining allegation contained therein.

32.    Responding to paragraph 32 of the Complaint, Defendants deny each and every allegation contained therein.

33.    Responding to paragraph 33 of the Complaint, Defendants deny each and every allegation contained therein.

34.    Responding to paragraph 34 of the Complaint, Defendants deny each and every allegation contained therein.

35.    Responding to paragraph 35 of the Complaint, Defendants lack information and belief sufficient to admit or deny what relief Plaintiffs are seeking.  Defendants deny each and every remaining allegation contained therein.

36.    Responding to paragraph 36 of the Complaint, Defendants deny each and every allegation contained therein.

37.    Responding to paragraph 37 of the Complaint, Defendants lack information and belief sufficient to admit or deny allegations concerning what specific relief Plaintiffs are seeking from the Court.  Defendants deny each and every remaining allegation contained therein.

/ / /

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

1    38.    Responding to paragraph 38 of the Complaint, Defendants deny each and
2  every allegation contained therein.

3    39.    Responding to paragraph 39 of the Complaint, Defendants deny each and
4  every allegation contained therein.

5    40.    Responding to paragraph 40 of the Complaint, Defendants deny each and
6  every allegation contained therein.

7    41.    Responding to paragraph 41 of the Complaint, Defendants lack information
8  and belief sufficient to admit or deny the allegations, and on that basis deny them.

9    42.    Responding to paragraph 42 of the Complaint, Defendants replead and
10  incorporate by reference their responses to paragraphs 1 through 41 as through fully set
11  forth herein.

12    43.    Responding to paragraph 43 of the Complaint, Defendants admit that some
13  or all of the language contained therein may be found in the statutes cited.

14    44.    Responding to paragraph 44 of the Complaint, Defendants admit that some
15  or all of the language contained therein may be found in the statutes cited.

16    45.    Responding to paragraph 45 of the Complaint, Defendants admit that some
17  or all of the language contained therein may be found in the statutes cited.

18    46.    Responding to paragraph 46 of the Complaint, Defendants admit that some
19  or all of the language contained therein may be found in the statutes cited.

20    47.    Responding to paragraph 47 of the Complaint, Defendants admit that some
21  or all of the language contained therein may be found in the statutes cited.  Except as so
22  admitted, Defendants deny each and every remaining allegation.

23    48.    Responding to paragraph 48 of the Complaint, Defendants deny each and
24  every allegation contained therein.

25    49.    Responding to paragraph 49 of the Complaint, Defendants admit that some
26  or all of the language contained therein may be found in the statutes cited.  Except as so
27  admitted, Defendants deny each and every remaining allegation.

28  / / /

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

50.     Responding to paragraph 50 of the Complaint, Defendants lack information and belief sufficient at this time to admit or deny the allegations concerning "construction work" and "modifications" of the Union Hotel, and on that basis deny them.  Defendants deny each and every remaining allegation contained therein.

51.     Responding to paragraph 51 of the Complaint, Defendants deny each and every allegation contained therein.

52.     Responding to paragraph 52 of the Complaint, Defendants admit that some or all of the language contained therein may be found in the statutes cited.  Except as so admitted, Defendants deny each and every remaining allegation.

53.     Responding to paragraph 53 of the Complaint, Defendants lack information and belief sufficient to admit or deny what relief Plaintiffs are seeking.  Defendants deny each and every remaining allegation contained therein.

54.     Responding to paragraph 54 of the Complaint, Defendants replead and incorporate by reference their responses to paragraphs 1 through 53 as through fully set forth herein.

55.     Responding to paragraph 55 of the Complaint, Defendants admit that some or all of the language contained therein may be found in the statutes cited.

56.     Responding to paragraph 56 of the Complaint, Defendants admit that some or all of the language contained therein may be found in the statutes cited.

57.     Responding to paragraph 57 of the Complaint, Defendants admit that some or all of the language contained therein may be found in the statutes cited.

58.     Responding to paragraph 58 of the Complaint, Defendants admit that some or all of the language contained therein may be found in the statutes cited.  Except as so admitted, Defendants deny each and every remaining allegation.

59.     Responding to paragraph 59 of the Complaint, Defendants lack information and belief sufficient at this time to admit or deny the allegations that Plaintiffs are persons with disabilities.  Defendants deny each and every remaining allegation contained therein.

/ / /

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

60.  Responding to paragraph 60 of the Complaint, Defendants deny each and every allegation contained therein.

61.  Responding to paragraph 61 of the Complaint, Defendants deny each and every allegation contained therein.

62.  Responding to paragraph 62 of the Complaint, Defendants lack information and belief sufficient to admit or deny what specific relief Plaintiffs are seeking. Defendants deny each and every remaining allegation contained therein.

63.  Responding to paragraph 63 of the Complaint, Defendants replead and incorporate by reference their responses to paragraphs 1 through 62 as through fully set forth herein.

64.  Responding to paragraph 64 of the Complaint, Defendants admit that some or all of the language contained therein may be found in the statutes cited.

65.  Responding to paragraph 65 of the Complaint, Defendants admit that some or all of the language contained therein may be found in the statutes cited.  Except as so admitted, Defendants deny each and every remaining allegation.

66.  Responding to paragraph 66 of the Complaint, Defendants admit that California building regulations have been promulgated, and that business owners must comply therewith.  Defendants currently lack information and belief sufficient to admit or deny the remaining allegations contained therein, and on that basis deny them.

67.  Responding to paragraph 67 of the Complaint, Defendants admit that the Union Hotel is a restaurant open to the public.  Except as so admitted, Defendants deny each and every allegation contained therein.

68.  Responding to paragraph 68 of the Complaint, Defendants deny each and every allegation contained therein.

69.  Responding to paragraph 69 of the Complaint, Defendants lack information and belief sufficient to admit or deny what specific relief Plaintiffs are seeking. Defendants deny each and every remaining allegation contained therein.

/ / /

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

70.    Responding to paragraph 70 of the Complaint, Defendants lack information and belief sufficient to admit or deny what specific relief Plaintiffs are seeking, and on that basis, deny each and every allegation contained therein.

71.    Responding to paragraph 71 of the Complaint, Defendants replead and incorporate by reference their responses to paragraphs 1 through 70 as through fully set forth herein.

72.    Responding to paragraph 72 of the Complaint, Defendants admit that some or all of the language contained therein may be found in the statutes cited.  Except as so admitted, Defendants deny each and every remaining allegation.

73.    Responding to paragraph 73 of the Complaint, Defendants deny each and every allegation contained therein.

74.    Responding to paragraph 74 of the Complaint, Defendants deny each and every allegation contained therein.

75.    Responding to paragraph 75 of the Complaint, Defendants deny each and every allegation contained therein.

76.    Defendants deny that Plaintiffs are entitled to any of the relief sought in Plaintiffs' "Prayer," set forth on page 25, line 5 through page 28, line 7.

## DEFENDANT'S SEPARATE AFFIRMATIVE DEFENSES

### FIRST SEPARATE AFFIRMATIVE DEFENSE

Defendants allege that the Complaint fails to state facts or other allegations sufficient to constitute a claim or cause of action against these Defendants.

### SECOND SEPARATE AFFIRMATIVE DEFENSE

Defendants allege that plaintiffs are barred from asserting  some or all of their claims against Defendants by the doctrine of laches.

### THIRD SEPARATE AFFIRMATIVE DEFENSE

Defendants allege that plaintiffs are barred in whole or in part from asserting some or all of their claims against Defendants by the equitable doctrine of estoppel, because of the conduct of plaintiffs and their agents, attorneys, and representatives.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

1

## FOURTH SEPARATE AFFIRMATIVE DEFENSE

2  Defendants allege that plaintiffs are barred from asserting some or all of their

3  claims against Defendants by the doctrine of waiver.

4

## FIFTH SEPARATE AFFIRMATIVE DEFENSE

5  Defendants allege that plaintiffs are barred from asserting some or all of their

6  claims against Defendants by the unclean hands of plaintiffs.

7

## SIXTH SEPARATE AFFIRMATIVE DEFENSE

8  Defendants allege that plaintiffs are barred from asserting some or all of their

9  claims against Defendants to the extent that Plaintiffs have failed to take reasonable

10  measures to mitigate their damages, if any.

11

## SEVENTH SEPARATE AFFIRMATIVE DEFENSE

12  Defendants allege that plaintiffs are barred from recovery for some or all of their

13  claims, in whole or in part, by the applicable statutes of limitations.

14

## EIGHTH SEPARATE AFFIRMATIVE DEFENSE

15  Defendants allege that plaintiffs are barred from recovery to the extent that they, or

16  some of them, lack standing and/or capacity to bring this action.

17

## NINTH SEPARATE AFFIRMATIVE DEFENSE

18  Defendants allege that plaintiffs' claims are barred, in whole or in part, to the extent

19  that any modifications requested by plaintiffs would fundamentally alter the nature of

20  Defendants' goods, services, facilities and accommodations, cause undue burden or

21  hardship, or would be economically unfeasible.

22

## TENTH SEPARATE AFFIRMATIVE DEFENSE

23  Defendants allege that plaintiffs' claims are barred, in whole or in part, to the extent

24  that any modifications requested by plaintiffs would fundamentally alter the historic nature

25  of Defendants' goods, services, facilities and accommodations, cause undue burden or

26  hardship, or would be economically unfeasible.

27  / / /

28  / / /

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

1

## ELEVENTH SEPARATE AFFIRMATIVE DEFENSE

2     Defendants allege that the acts and/or omissions, if any, of these answering

3  defendants were not the proximate cause of the losses, damages, and/or injuries, if any,

4  alleged in the Complaint.

5

## TWELFTH SPEARATE AFFIRMATIVE DEFENSE

6     Defendants allege that recovery, if any, obtained by any party herein should be

7  apportioned among all parties to this action and all third parties, according to each such

8  party's proportionate responsibility for said damages, if any, under the doctrine of

9  comparative negligence or comparative fault and/or based upon the doctrines of equitable

10  indemnity and contribution.

11

## THIRTEENTH SEPARATE AFFIRMATIVE DEFENSE

12     Defendants allege that at the time and place of the events herein alleged, plaintiffs

13  were not exercising ordinary care, caution, or prudence to prevent the acts complained of

14  from occurring, and that any injuries and damages complained of, if any there were, were

15  proximately caused by the plaintiffs' own failure to exercise ordinary care, caution, and

16  prudence.

17

## FOURTEENTH SEPARATE AFFIRMATIVE DEFENSE

18     Defendants allege that plaintiffs' claims are barred because plaintiffs, or some of

19  them, did not notify defendants of any claimed violation, or request defendants to make

20  any reasonable accommodation in order to prevent any violation and/or to prevent any

21  losses or damages flowing therefrom.

22

## FIFTEETH SEPARATE AFFIRMATIVE DEFENSE

23     Defendants allege that plaintiffs have not demonstrated they are entitled to any

24  injunctive or other equitable relief.

25

## SIXTEENTH SEPARATE AFFIRMATIVE DEFENSE

26     Defendants reserve the right to amend their Answer and defenses, to assert

27  additional affirmative defenses, and to supplement, alter or change their Answer upon the

28  discovery of additional facts.

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT

1    WHEREFORE, Defendants pray for judgment as follows:

2    1.    That Plaintiffs take nothing by virtue of the Complaint on file herein;

3    2.    That judgment be entered in favor of Defendants on the grounds that they

4    have no liability for the claims asserted against them;

5    3.    That this Court enter an Order declaring the Plaintiffs are not entitled to

6    injunctive relief;

7    4.    That Defendants be awarded their costs of suit incurred in defense of this

8    action, and, where appropriate, their attorneys' fees; and

9    5.    For such further other relief as this Court deems just and proper.

10   Dated:  November 15, 2007              McMILLAN & SHUREEN LLP

11                                          By: _____

12                                          D. Douglas Shureen

13                                          George J. Keller

14                                          Jeffrey E. Duplicki
                                            Attorneys for Defendants

15                                          UNION HOTEL, INC., a California
                                            corporation dba UNION HOTEL;

16                                          LUCILLE GONNELLA as
                                            SUCCESSOR TRUSTEE of the

17                                          MARY and CARLO PANIZZERA
                                            TRUST

18                          **DEMAND FOR JURY TRIAL**

19       Defendants hereby demand trial by jury.

20

21   Dated:  November 15, 2007              McMILLAN & SHUREEN LLP

22                                          By: _____

23                                          D. Douglas Shureen

24                                          George J. Keller
                                            Jeffrey E. Duplicki

25                                          Attorneys for Defendants
                                            UNION HOTEL, INC., a California

26                                          corporation dba UNION HOTEL;
                                            LUCILLE GONNELLA as

27                                          SUCCESSOR TRUSTEE of the
                                            MARY and CARLO PANIZZERA
                                            TRUST

28

ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS TO PLAINTIFFS' COMPLAINT