1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5

6  Attorneys for Plaintiffs IRMA RAMIREZ;
   DAREN HEATHERLY; and
7  DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:
   HELPING YOU HELP OTHERS

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10
11  IRMA RAMIREZ, an individual; DAREN      )    **CASE NO. CV-07-4396-MEJ**
    HEATHERLY, an individual and            )
12  DISABILITY RIGHTS, ENFORCEMENT,         )    **NOTICE OF CHANGE OF FIRM**
    EDUCATION, SERVICES:HELPING YOU         )    **ADDRESS**
13  HELP OTHERS, a California public benefit )
    corporation,                            )
14                                          )
              Plaintiffs,                   )
15                                          )
    v.                                      )
16                                          )
    UNION HOTEL INC., a California          )
17  corporation dba UNION HOTEL; and        )
    LUCILLE GONELLA as SUCCESSOR            )
18  TRUSTEE of the MARY and CARLO           )
    PANIZZERA TRUST,                        )
19                                          )
              Defendants.                   )
20  _____ )

21          **TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

22          PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law*

23  *Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California,

24  94109 to the following:

25                  **4328 Redwood Hwy, Suite 300**

26                  **San Rafael, California, 94903**

27  ///

28  ///

NOTICE OF CHANGE OF FIRM ADDRESS                                                           1

1 | The telephone number and fax number remain the same.

2

3 | Dated: September 8, 2008       THOMAS E. FRANKOVICH,
                                   *A PROFESSIONAL LAW CORPORATION*

4

5 |                                By: _____/S/_____
                                        THOMAS E. FRANKOVICH
6 |                                     Attorneys for Plaintiffs

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF CHANGE OF FIRM ADDRESS                                                2