1 | MARK BASIL PAPPAS, SBC # 113840
LAW OFFICES OF MARK BASIL PAPPAS
2 | 1080 WEST "K" STREET
BENICIA, CA 94510
3 | Tel: (707) 745-8206
Fax: (707) 745-9495
4 | mbpappaslaw@comcast.net
5 | Attorneys for Defendants:
UNION HOTEL, INC. A California corporation dba
6 | UNION HOTEL; LUCILLE GONNELLA as Successor
7 | Trustee of the MARY and CARLO PANIZZERA TRUST

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | IRMA RAMIREZ, an individual; DAREN )  **Case No. C07-4396-MEJ**
HEATHERLY, an individual and )
12 | DISABILITY RIGHTS ENFORCEMENT )  **SUBSTITUTION OF ATTORNEYS**
EDUCATION, SERVICES HELPING YOU )
13 | HELP OTHERS, A California public benefit )
corporation, )
14 | )
)
15 | Plaintiffs, )
vs. )
16 | )
UNION HOTEL, INC. a California )
17 | corporation dba UNION HOTEL; LUCILLE )
GONNELLA as Successor Trustee of the )
18 | MARY and CARLO PANIZZERA TRUST )
)
19 | Defendants. )
)
20 | _____ /

21

TO THE COURT, TO PLAINTIFFS AND THEIR ATTORNEYS

22

YOU, AND EACH OF YOU, will please take notice that defendants UNION HOTEL,

23

INC. dba UNION HOTEL; LUCILLE GONNELLA as Successor Trustee of the MARY and

24

CARLO PANIZZERA TRUST hereby substitutes MARK BASIL PAPPAS, LAW OFFICES OF

25

MARK BASIL PAPPAS, 1080 WEST "K" STREET, BENICIA, CA 94510, Tel: (707) 745-8206,

26

Fax: (707) 745-9495, in place and stead of MCMILLAN SHUREEN, LLP, DOUGLAS

27

SHUREEN, 50 SANTA ROSA AVENUE, FIFTH FLOOR, SANTA ROSA, CA., 95404-4952.

28

SUBSTITUTION OF ATTORNEYS

- 1 -

1

2    Dated: January 7, 2009

3                                UNION HOTEL, INC., dba UNION HOTEL

4                                By: FRANK GONNELLA SEC/TREAS
                                     (Name)
                                     (Title)

5

6    Dated: January 7, 2009

7

8                                _Lucille Gonnella, trustee_
                                 LUCILLE GONNELLA as Successor Trustee of the
9                                MARY AND CARLO PANIZZERA TRUST

10   I consent to the above substitution.

11

12   Dated: January V, 2009

13                               MCMILLAN SHUREEN, LLP

14                               By: _____

15                               DOUGLAS SHUREEN
                                 (Former) Attorney for Defendants
16                               UNION HOTEL, INC dba UNION HOTEL, et al.

17   Dated: January 7, 2009

18                               LAW OFFICES OF MARK BASIL PAPPAS

19                               By: _____

20                               MARK BASIL PAPPAS
                                 (New) Attorney for Defendants
21                               UNION HOTEL, INC dba UNION HOTEL, et al.

22

23                               BY THE COURT

24   IT IS SO ORDERED:

25   DATED:

26   January 21, 2009

27

28

     SUBSTITUTION OF ATTORNEYS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
UNIT___ ___DGE
Judge Maria-Elena James

Dated: January _____, 2009

UNION HOTEL, INC., dba UNION HOTEL

By: _____

(Name)
(Title)

Dated: January _____, 2009

_____
LUCILLE GONNELLA as Successor Trustee of the
MARY AND CARLO PANIZZERA TRUST

I consent to the above substitution.

Dated: January _____, 2009

MCMILLAN SHUREEN, LLP

By: _____

DOUGLAS SHUREEN
(Former) Attorney for Defendants
UNION HOTEL, INC dba UNION HOTEL, et al.

Dated: January _+_ , 2009

LAW OFFICES OF MARK BASIL PAPPAS

By: _____

MARK BASIL PAPPAS
(New) Attorney for Defendants
UNION HOTEL, INC dba UNION HOTEL, et al.

**BY THE COURT**

IT IS SO ORDERED:

DATED:

_____
UNITED STATES DISTRICT COURT JUDGE

SUBSTITUTION OF ATTORNEYS

- 2 -