UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRMA RAMIREZ
        Plaintiff(s),

    v.

UNION HOTEL INC
        Defendant(s).
_____/

No. 07-04396 MEJ

**CONDITIONAL ORDER OF DISMISSAL**

On April 9, 2009, the parties in the above-captioned matter participated in a mediation session, at which time the case settled. Accordingly, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this Court, within ninety days from the date of the settlement, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: July 1, 2009

                                                 _____
                                                 Maria-Elena James
                                                 Chief United States Magistrate Judge

Dismby.Ct                             1